# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CS-2 | 9666212 | JORDAN | 4637 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 08/22/2023 1334 | CVC 20002(a)(2) |

**Place of Offense:** H200 PARKING GARAGE, CAMP PENDLETON CA, 92055

**Offense Description; Factual Basis for Charge** HAZMAT ☐
HIT AND RUN (PROPERTY DAMAGE)

### DEFENDANT INFORMATION

| Last Name | First Name |
|---|---|
| HOHNER | ETSUKO |

Street Address: [redacted]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 9DUL187 | CA | 23 | NISSAN | | WHT |

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 220 W. BROADWAY, SAN DIEGO, CA 92101

Date: _____ Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signed]

Original - CVB Copy

*9666212*

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 22 AUG, 20 23 while exercising my duties as a law enforcement officer in the SOUTHERN District of CALIFORNIA

I RESPONDED FOR A CALL FOR SERVICE, REPORTED AS A HIT AND RUN. I SPOKE TO THE OWNER OF THE DAMAGED VEHICLE, WHO SHOWED SURVEILANCE VIDEO OF HOHNER'S VEHICLE STRIKE THE DAMAGED VEHICLE. ANOTHER ANGLE OF THE VIDEO SHOWS HOHNER EXIT HER VEHICLE AND INSPECT THE DAMAGE. I CALLED HOHNER AND SHE RETURNED TO THE SCENE. SHE WAS ISSUED THIS SUMMONS AND RELEASED WITHOUT FURTHER INCIDENT.

SPACE NOT USED

The foregoing statement is based upon:
☒ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/22/2023
Date (mm/dd/yyyy)    Officer's Signature [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident